

# Fourth Court of Appeals

## San Antonio, Texas

February 13, 2019

No. 04-18-00798-CV

**IN THE COMMITMENT OF STEPHEN PATRICK BLACK,**

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1805-CV
Honorable Gary L. Steel, Judge Presiding

# O R D E R

Sitting:     Luz Elena D. Chapa, Justice
             Irene Rios, Justice
             Beth Watkins, Justice

Appellant's response to this court's show cause order was originally due January 28, 2019; however, the court granted him an extension of time until March 15, 2019, to file the response. On February 6, appellant notified the clerk of this court that the CD containing a copy of the clerk's record that had been sent to him was damaged and unreadable. On that date, the clerk's record was sent to appellant by email and another copy was sent to him on a new CD. The clerk's office has received confirmation that the record was received by email. We understand that appellant will have access to a computer to review the electronic clerk's record if needed to prepare his response to the show cause order.

Appellant has now filed a letter and a motion, requesting an additional two-week extension of time to respond to our show cause order and asking the court to "investigate" the reason for the faulty CD. We deny the motion. Appellant's response, providing argument as to why this court has jurisdiction to review the trial court's biennial review order remains due **March 15, 2019.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court